■ LEON FRIED, Respondent, v MARC GARDNER, Appellant.— Appeal from order, Supreme Court, New York County (Ethel Danzig, J.), entered on or about April 24, 1987, unanimously withdrawn, with prejudice in accordance with the stipulation of the parties hereto dated September 28, 1987. No opinion. Concur—Murphy, P. J., Ross, Asch and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN LATINEY, Also Known as JUAN LATINEZ, Also Known as SHAGWAN LATINEZ, Appellant.—Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on May 2, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Asch and Smith, JJ.

■ PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of ANDREW J. MILAN, Deceased, Respondent, v GIBSON & CUSHMAN OF NEW YORK, Appellant.— Order, Supreme Court, New York County (Francis Pecora, J.), entered on June 23, 1986, unanimously affirmed, without costs and without disbursements. Motion by plaintiff-respondent to strike appellant's record on appeal and for other relief denied. No opinion. Concur—Sandler, J. P., Sullivan, Milonas, Ellerin and Wallach, JJ.